UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:03-CR-157 |
| V. | ) | (PHILLIPS/ GUYTON) |
| | ) | |
| GARY L. EMORY | ) | |

ORDER OF TEMPORARY DETENTION

This matter came before the undersigned for an initial appearance on a Petition for Warrant for Offender Under Supervision on March 9, 2009. Traci Plowell, Assistant United States Attorney, was present representing the government. **Jonathan Moffatt, Assistant Federal Defender**, was present representing the defendant. The defendant was also present. The defendant, through counsel, requested a preliminary hearing and a detention hearing. A preliminary and a detention hearing is set before the undersigned on **Thursday, March 12, 2009 at 10:30 a.m.**

The defendant is scheduled for a revocation hearing on **Monday, March 23, 2009, at 3:00 p.m.,** before the **Honorable Thomas W. Phillips**, United States District Judge. The defendant stated that he understands that he will remain in custody pending the hearing. For good cause shown, the defendant's request not to contest, and to waive the detention hearing is hereby **GRANTED.**

It is therefore **ORDERED** that:

(1) Defendant be detained.;

(2) Defendant be committed to the custody of the Attorney

General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(3) Defendant be afforded reasonable opportunity for private consultation with counsel; and

(4) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States marshal for the purpose of an appearance in connection with any court proceeding.

**IT IS SO ORDERED.**
ENTER:
    s/ C. Clifford Shirley
United States Magistrate Judge